669 A.2d 876

PENNSYLVANIA INSTITUTIONAL HEALTH SERVICES, INC.; Carl A. Hoffman; John Lesniewski; Edward Russek; Paul F. Phillips; Robert Davis; and Dana Powell, Appellants,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS; Raymond Clymer Jr., as Acting Executive Deputy Commissioner, Department of Corrections; Robert A. Bittenbender, Secretary of the Budget; and Gary E. Crowell, Secretary of General Services, Appellees.

Supreme Court of Pennsylvania.

May 16, 1995.

Reargument Denied July 5, 1995.

### ORDER

PER CURIAM.

The Order of the Commonwealth Court is hereby affirmed.

MONTEMURO, J., is sitting by designation.